UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

PB LIFE AND ANNUITY CO. LTD., f/k/a PRIVATE
BANKERS AND ANNUITY CO., LTD.,

                    Plaintiff,

     -v-

UNIVERSAL LIFE INSURANCE COMPANY,

                    Defendant.

--------------------------------------------------------------------X

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:__4/27/2020__ |

20-cv-2284 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On April 27, 2020, Plaintiff filed a motion for a temporary restraining order and

preliminary injunction.  Dkt. No. 19.

It is hereby ORDERED that a hearing on this motion is scheduled for April 27, 2020 at

4:30 p.m.  Parties are directed to dial into the Court's teleconference number at 888-251-2909,

Access Code 2123101, and follow the necessary prompts.

     SO ORDERED.

Dated: April 27, 2020
      New York, New York         _____
                               LEWIS J. LIMAN
                       United States District Judge