```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
PB LIFE AND ANNUITY CO. LTD., f/k/a PRIVATE                         :
BANKERS AND ANNUITY CO., LTD.,                                      :
                                                                    :
                        Plaintiff,                                  :      20-cv-2284 (LJL)
                                                                    :
        -v-                                                         :      ORDER
                                                                    :
UNIVERSAL LIFE INSURANCE COMPANY,                                   :
                                                                    :
                        Defendant.                                  :
                                                                    :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/5/2020__

LEWIS J. LIMAN, United States District Judge:

On August 4, 2020, Defendant submitted a proposed final judgment in accordance with the Court's Opinion and Order dated July 30, 2020. Dkt. No. 48. Plaintiff is hereby directed to file objections, if any, to the proposed form of judgment by August 10, 2020 at 5:00 p.m.

SO ORDERED.

Dated: August 5, 2020
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge